NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CERTUSVIEW TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**S & N LOCATING SERVICES, LLC, S & N COMMUNICATIONS, INC.,**
*Defendants-Appellees*

---

2016-2605

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:13-cv-00346-MSD-RJK, Judge Mark S. Davis.

---

**JUDGMENT**

---

THOMAS JOSEPH FRIEL, JR., Cooley LLP, San Francisco, CA, argued for plaintiff-appellant. Also represented by CHRISTOPHER C. CAMPBELL, Reston, VA; ANGELA CAMPBELL TARASI, JANNA FISCHER, JAMES P. BROGAN, ORION ARMON, Broomfield, CO.

DANIEL O'CONNOR, Baker & McKenzie LLP, Chicago, IL, argued for defendants-appellees. Also represented by MICHAEL A. DUFFY; ERIN M. CHOI, Dallas, TX.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 11, 2017       /s/ Peter R. Marksteiner
Date              Peter R. Marksteiner
              Clerk of Court